**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

_____
                                              )
**IN RE SCIENTIFIC-ATLANTA, INC.**   )   Civil Action No.
**SECURITIES LITIGATION**                 )   1:01-CV-1950-RWS
                                              )
_____  )

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

COME NOW Plaintiffs and respectfully move this Court to certify a class consisting of all persons (the "Class") who purchased or otherwise acquired the securities of Scientific-Atlanta, Inc. ("SFA") or who sold put options of SFA between January 18, 2001 and August 16, 2001, inclusive.[1]

Plaintiffs Alexander Peterson, Hugh G. Peterson III, Jack Graeber, Roger Hale, Sam Harris and Vigilant Investors respectfully request to be appointed as Class Representatives. These representative Plaintiffs have suffered millions of dollars in losses as a result of Defendants' alleged misrepresentations and/or omissions.

---

[1] Excluded from the Class are Defendants, the officers and directors of SFA, any entity in which Defendants or any excluded person has or had a controlling interest, and the legal affiliates, representatives, heirs, controlling persons, successors, and predecessors in interest or assigns of any such excluded party.

- 1 -

In addition, because Rule 23(c)(1)(B) expressly requires the Court to define the class and the class claims and to appoint class counsel in the class certification order, Plaintiffs respectfully request that the Court adopt the following definition:

> The Class certified by this Order includes all persons who purchased or otherwise acquired the securities of Scientific-Atlanta, Inc. ("SFA") or who sold put options of SFA between January 18, 2001 and August 16, 2001, inclusive (the "Class"). Notwithstanding the foregoing, the following persons and entities are excluded from the Class: (i) the Defendants to this action; (ii) the officers and directors of SFA; (iii) any entity in which any Defendant or officer or director of SFA has or had a controlling interest; and (iv) the legal affiliates, representatives, heirs, controlling persons, successors and predecessors in interest or assigns of any of the persons or entities identified in (i), (ii) or (iii) above. The Class is certified to pursue all claims against Defendants for violation of the federal securities laws, including violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder. Pursuant to Fed. R. Civ. P. 23(c)(1)(B), the Court reaffirms the appointment of Chitwood Harley Harnes, LLP[2] and Keller Rohrback LLP as class counsel.

In support of this motion, Plaintiffs offer a Memorandum of Law filed contemporaneously herewith.

---

[2] The Court's Order Appointing Lead Plaintiff dated November 29, 2001 appointed Chitwood & Harley, LLP as Co-Lead Counsel in this case. Chitwood & Harley, LLP has changed its name to Chitwood Harley Harnes, LLP effective April 1, 2005, and a notice of firm name change was filed with the Court on April 6, 2005.

Respectfully submitted this 15th day of April, 2005.

**CHITWOOD HARLEY HARNES, LLP**

_/s/ Craig G. Harley_____
Craig G. Harley
Georgia Bar No. 326813
David A. Bain
Georgia Bar No. 032449
Meryl W. Edelstein
Georgia Bar No. 238919
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 873-3900
Fax: (404) 876-4476

**KELLER ROHRBACK L.L.P.**
Lynn Lincoln Sarko
Juli F. Desper
Elizabeth A. Leland
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

**CO-LEAD COUNSEL FOR PLAINTIFFS AND THE CLASS**

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a true and correct copy of the foregoing "**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**" upon counsel for Defendants by first-class United States mail to the following:

>Oscar N. Persons
>Susan E. Hurd
>**ALSTON & BIRD, LLP**
>1201 West Peachtree Street
>Atlanta, Georgia 30309-3424

This 15th day of April, 2005.

>  /s/ Craig G. Harley
>Craig G. Harley
>Georgia Bar No. 326813
>**CHITWOOD HARLEY HARNES, LLP**
>2300 Promenade II
>1230 Peachtree Street, NE
>Atlanta, GA  30309
>(404) 873-3900
>(404) 876-4476 (facsimile)