### UNITED STATES COURT OF APPEALS
### FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 09, 2012

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 10-15910-FF
Case Style: Rochelle Phillips, et al v. Scientific-Atlanta, Inc., et al
District Court Docket No: 1:01-cv-01950-RWS

The enclosed judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin
Phone #: (404) 335-6178

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 10-15910
_____

District Court Docket No.
1:01-cv-01950-RWS

ROCHELLE PHILLIPS, on behalf of herself
and all others similarly situated,
KALFORD C. FADEM,
POND EQUITIES,
PETER KALTMAN,
HARRIS HOLDINGS, LLC,
ROBERT A. ROVNER,
LENNIE W. BIBLE,
MILTON CYNTJE,
LAWRENCE L. DIEU,
JANICE E. DIEU,
MARY JO GOOLSBY,
HUGH PETERSEN, III,
ALEXANDER PETERSEN,

                Plaintiffs - Appellants,

versus

SCIENTIFIC-ATLANTA, INC.,
WALLACE G. HAISLIP,
JAMES F. MCDONALD,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Georgia
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 06, 2012
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Issued as Mandate:
October 9, 2012